| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | 3:19-CR-00437- K (1) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 25tp80018 Cannon |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Northern District of Texas | Dallas |
| | NAME OF SENTENCING JUDGE | |
| **Donald Andrew Rothman** | U.S. District Judge Ed Kinkeade | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>03/27/2025 | TO<br><br>03/26/2027 |

OFFENSE
Conspiracy to Commit Mail and Wire Fraud

FILED BY____TM____D.C.

**Jun 9, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, [...]
Donald Andrew Rothman has stable residence and employment in the Southern District of Florida, Fort Pie[...]
Texas. Mr. Rothman intends to remain in the Southern District of Florida, throughout his term of supervisi[...]
transferred from the Northern District of Texas, Dallas Division, to the Southern District of Florida, Fort P[...]

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      Northern      DISTRICT OF      Texas

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the                Southern District of Florida                upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

       June 3, 2025                                    *Ed Kinkeade*
         *Date*                                     *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      Southern      DISTRICT OF      Florida

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

   June 9, 2025
     *Effective Date*                                     *United States District Judge*

HISTORIC,TOLIVER

# U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: 3:19-cr-00437-K-1

Case title: USA v. Rothman

Date Filed: 09/06/2019

Date Terminated: 01/25/2023

---

Assigned to: Judge Ed Kinkeade

**Defendant (1)**

**Donald Andrew Rothman**
*TERMINATED: 01/25/2023*

represented by **Donald Andrew Rothman**
#59557-177
BOP Coleman FCI - Camp
PO Box 1027
Coleman, FL 33521
PRO SE

**Fred Arthur Schwartz**
Shahady Wurtenberger, P.A.
200 East Palmetto Park Road
Ste 103
Boca Raton, FL 33432
561-910-3064
Email: fschwartz@swlawyers.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Not Admitted*

**Charles W Blau**
Meadows Collier Reed Cousins & Blau LLP
901 Main St
Suite 3700
Dallas, TX 75202
214/744-3700
Fax: 214/747-3732
Email: charlesblau@charter.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Admitted/In Good Standing*

**Pending Counts**

**Disposition**

18 U.S.C. § 1349 Conspiracy to Commit
Mail and Wire Fraud
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

**USA**                              represented by   **Mary F Walters-DOJ**
                                                      US Attorney's Office
                                                      1100 Commerce St
                                                      Third Floor
                                                      Dallas, TX 75242
                                                      214-659-8685
                                                      Fax: 214-659-8812
                                                      Email: mary.walters@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: US Attorney's Office*
                                                      *Bar Status: Not Admitted*

                                                      **Amanda Rose Vaughn-DOJ**
                                                      U.S. Department of Justice
                                                      Criminal Division, Fraud Section
                                                      1400 New York Avenue, N.W.
                                                      Washington, DC 20530
                                                      202-616-4530
                                                      Email: amanda.vaughn@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: US Attorney's Office*
                                                      *Bar Status: Not Admitted*

                                                      **Christopher Fenton-DOJ**
                                                      US Department of Justice
                                                      1400 New York Avenue
                                                      Bond Building
                                                      Washington, DC 20530
                                                      202-320-0539
                                                      Email: christopher.fenton@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*

*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Theodore M Kneller-DOJ**
DOJ-Crm
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
202-514-5799
Fax: 202-514-3708
Email: theodore.kneller@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Vincent John Falvo-DOJ**
US Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-353-9384
Email: vincent.falvo@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**William Henry Bowne-DOJ , III**
US Department of Justice
1400 New York Avenue NW
Washington, DC 20530
202-514-0660
Fax: 202-514-7021
Email: william.bowne2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2019 | 1 | FELONY INFORMATION as to Donald Andrew Rothman (1) count(s) 1 with Forfeiture Notice. (ykp) (Entered: 09/09/2019) |
| 09/06/2019 | 2 | WAIVER OF INDICTMENT by Donald Andrew Rothman (ykp) (Entered: 09/09/2019) |
| 09/06/2019 | 3 | Factual Resume as to Donald Andrew Rothman (ykp) (Entered: 09/09/2019) |
| 09/06/2019 | 4 | PLEA AGREEMENT as to Donald Andrew Rothman (ykp) (Entered: 09/09/2019) |
| 09/12/2019 | 6 | ORDER: The above styled and numbered case is transferred to the docket of the Honorable Ed Kinkeade, before whom a related case with a lower number, viz., 3:19-CR-112-K, United States of America v. Comu, et al., is pending, and shall henceforth carry the suffix letter "K". Judge Karen Gren Scholer no longer assigned to the case. (Ordered by Judge Karen Gren Scholer on 9/12/2019) (ykp) (Entered: 09/12/2019) |
| 09/17/2019 | 7 | NOTICE OF ATTORNEY APPEARANCE by Christopher Fenton appearing for USA . (Clerk to set designation as: Assistant US Attorney). (Fenton, Christopher) (Entered: |

| | | |
|---|---|---|
| | | 09/17/2019) |
| 09/17/2019 | 8 | NOTICE OF ATTORNEY APPEARANCE by William Henry Bowne, III appearing for USA . (Clerk to set designation as: Assistant US Attorney). (Bowne, William) (Entered: 09/17/2019) |
| 09/17/2019 | 9 | NOTICE OF ATTORNEY APPEARANCE by Fred Arthur Schwartz (Clerk to Set Designation as: Retained) appearing for Donald Andrew Rothman (Filer confirms contact info in ECF is current.) (Schwartz, Fred) (Entered: 09/17/2019) |
| 09/18/2019 | 10 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-10273639) filed by Donald Andrew Rothman (Attachments: # 1 Proposed Order Proposed Order) (Schwartz, Fred) (Entered: 09/18/2019) |
| 09/19/2019 | 11 | ELECTRONIC ORDER granting 10 Application for Admission Pro Hac Vice of Fred A. Schwartz. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). Local Counsel Charles "Charlie" Blau shall file an entry of appearance within 10 days from the date of this order. (Ordered by Judge Ed Kinkeade on 9/19/2019) (chmb) (Entered: 09/19/2019) |
| 09/19/2019 | 12 | NOTICE OF ATTORNEY APPEARANCE by Fred Arthur Schwartz on behalf of Fred A. Schwartz appearing for Donald Andrew Rothman (Schwartz, Fred) (Entered: 09/19/2019) |
| 09/19/2019 | 13 | ELECTRONIC ORDER as to Donald Andrew Rothman: Arraignment on the Information set for 10/15/2019 at 11:00 AM in US Courthouse, Courtroom 1306, 1100 Commerce St., Dallas, TX 75242-1310 before Magistrate Judge Rebecca Rutherford. (Ordered by Judge Ed Kinkeade on 9/19/2019) (chmb) (Entered: 09/19/2019) |
| 10/08/2019 | 14 | ELECTRONIC ORDER as to Donald Andrew Rothman: Arraignment on the Information is hereby reset for 10/31/2019 at 09:00 AM in US Courthouse, Courtroom 1306, 1100 Commerce St., Dallas, TX 75242-1310 before Magistrate Judge Rebecca Rutherford. (Ordered by Judge Ed Kinkeade on 10/8/2019) (chmb) (Entered: 10/08/2019) |
| 10/31/2019 | 15 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Rebecca Rutherford: Guilty Plea at Arraignment Hearing as to Donald Andrew Rothman held on 10/31/2019. Plea entered by Donald Andrew Rothman (1) Guilty to Count 1 of the Information. Conditions set. Location interval set to: LR. Attorney Appearances: AUSA - Mary Walters; Defense - Fred Schwartz. (No exhibits) Time in Court - :29. (Court Reporter: Todd Anderson) (ala) (Entered: 10/31/2019) |
| 10/31/2019 | 16 | Sentencing Scheduling Order as to Donald Andrew Rothman: Presentence Investigation Report due by 1/8/2020. Objections to Presentence Investigation Report due by 1/22/2020. Presentence Investigation Addendum due by 2/5/2020. Objections to Presentence Investigation Addendum due by 2/19/2020. Sentencing set for 2/26/2020 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 10/31/2019) (chmb) (Entered: 10/31/2019) |
| 10/31/2019 | 17 | NOTICE/CONSENT REGARDING ENTRY OF A PLEA OF GUILTY as to Donald Andrew Rothman (ykp) (Entered: 11/01/2019) |
| 10/31/2019 | 18 | Report and Recommendation on Guilty Plea as to Donald Andrew Rothman. Re: 17 Consent Regarding Entry of a Plea of Guilty. (Ordered by Magistrate Judge Rebecca Rutherford on 10/31/2019) (ykp) (Entered: 11/01/2019) |
| 10/31/2019 | 19 | ORDER Setting Conditions of Release as to Donald Andrew Rothman (1) PR. The defendant is ordered released after processing. (Ordered by Magistrate Judge Rebecca Rutherford on 10/31/2019) (ykp) (Entered: 11/01/2019) |

| 11/03/2019 | 20 | NOTICE OF ATTORNEY APPEARANCE by Amanda Rose Vaughn appearing for USA . (Clerk to set designation as: Assistant US Attorney). (Vaughn, Amanda) (Entered: 11/03/2019) |
| --- | --- | --- |
| 11/08/2019 | 21 | (Document restricted to court users only) Receipt for Surrender of Passport as to Donald Andrew Rothman. (axm) (Entered: 11/08/2019) |
| 11/15/2019 | 22 | ORDER Accepting 18 Report and Recommendations re: Guilty Plea as to Donald Andrew Rothman (01) (Ordered by Judge Ed Kinkeade on 11/15/2019) (chmb) (Entered: 11/15/2019) |
| 01/09/2020 | 24 | ELECTRONIC Amended Sentencing Scheduling Order as to Donald Andrew Rothman: Objections to Presentence Investigation Report due by 4/15/2020. Presentence Investigation Addendum due by 4/29/2020. Objections to Presentence Investigation Addendum due by 5/6/2020. Sentencing set for 5/13/2020 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 1/9/2020) (chmb) (Entered: 01/09/2020) |
| 04/13/2020 | 25 | MOTION to Continue *Sentencing* filed by USA as to Donald Andrew Rothman with Brief/Memorandum in Support. (Fenton, Christopher) (Entered: 04/13/2020) |
| 04/21/2020 | 26 | ELECTRONIC ORDER granting in part 25 Motion to Continue as to Donald Andrew Rothman (1) Objections to Presentence Investigation Report due by 10/7/2020. Presentence Investigation Addendum due by 10/21/2020. Objections to Presentence Investigation Addendum due by 11/4/2020. Sentencing set for 11/18/2020 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 4/21/2020) (chmb) (Entered: 04/21/2020) |
| 08/24/2020 | 27 | MOTION to Consolidate Sentencings filed by USA as to Donald Andrew Rothman with Brief/Memorandum in Support. (Fenton, Christopher) (Entered: 08/24/2020) |
| 09/01/2020 | 28 | ELECTRONIC ORDER as to Donald Andrew Rothman: Granting Motion to Continue. Objections to Presentence Investigation Report due by 1/6/2021. Presentence Investigation Addendum due by 1/20/2021. Objections to Presentence Investigation Addendum due by 1/27/2021. Sentencing set for 2/3/2021 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 9/1/2020) (chmb) (Entered: 09/01/2020) |
| 09/09/2020 | 29 | NOTICE of Change of Address for attorney Fred Arthur Schwartz as to Donald Andrew Rothman. (Filer will update contact info in ECF.) (Schwartz, Fred) (Entered: 09/09/2020) |
| 10/29/2020 | 30 | NOTICE OF ATTORNEY APPEARANCE by Vincent John Falvo appearing for USA . (Clerk to set designation as: Assistant US Attorney). (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Falvo, Vincent) (Entered: 10/29/2020) |
| 10/29/2020 | 31 | MOTION for Disclosure *of Material Subject to Potential Claim of Privilege* filed by USA as to Donald Andrew Rothman (Attachments: # 1 Proposed Order) (Falvo, Vincent) (Entered: 10/29/2020) |
| 11/19/2020 | 34 | ELECTRONIC Order Referring 31 MOTION for Disclosure *of Material Subject to Potential Claim of Privilege* to Magistrate Judge Rebecca Rutherford for hearing if necessary and determination. (Ordered by Judge Ed Kinkeade on 11/19/2020) (chmb) (Entered: 02/05/2021) |
| 12/09/2020 | 32 | REPLY filed by USA as to Donald Andrew Rothman re: 31 MOTION for Disclosure *of Material Subject to Potential Claim of Privilege* (Attachments: # 1 Proposed Order) (Falvo, Vincent) (Entered: 12/09/2020) |

| | | |
|---|---|---|
| 01/08/2021 | 35 | ORDER granting 31 Motion for Disclosure as to Donald Andrew Rothman (1) (Ordered by Magistrate Judge Rebecca Rutherford on 1/8/2021) (chmb) (Entered: 02/05/2021) |
| 01/23/2021 | 33 | ELECTRONIC Amended Sentencing Scheduling Order as to Donald Andrew Rothman: Objections to Presentence Investigation Report due by 7/28/2021. Presentence Investigation Addendum due by 8/18/2021. Objections to Presentence Investigation Addendum due by 9/1/2021. Sentencing set for 9/15/2021 at 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 1/23/2021) (chmb) (Entered: 01/23/2021) |
| 07/26/2021 | 36 | MOTION for Reconsideration , MOTION to Continue *for an additional week to object to PSR* filed by Donald Andrew Rothman (Schwartz, Fred) (Entered: 07/26/2021) |
| 07/26/2021 | 37 | ELECTRONIC ORDER granting 36 Motion to Continue as to Donald Andrew Rothman (1). Objections to Presentence Investigation Report due by 8/25/2021. Presentence Investigation Addendum due by 9/15/2021. Objections to Presentence Investigation Addendum due by 9/29/2021. Sentencing set for 10/27/2021 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 7/26/2021) (chmb) (Entered: 07/26/2021) |
| 09/09/2021 | 39 | ELECTRONIC ORDER as to Donald Andrew Rothman: Presentence Investigation Addendum due by 12/8/2021. Objections to Presentence Investigation Addendum due by 12/22/2021. Sentencing reset for 1/12/2022 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 9/9/2021) (chmb) (Entered: 09/09/2021) |
| 10/07/2021 | 40 | NOTICE *of Unavailability* as to Donald Andrew Rothman (Schwartz, Fred) (Entered: 10/07/2021) |
| 12/31/2021 | 42 | ELECTRONIC ORDER as to Donald Andrew Rothman: Sentencing reset for 6/1/2022 at 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 12/31/2021) (chmb) (Entered: 12/31/2021) |
| 05/04/2022 | 43 | ELECTRONIC ORDER as to Donald Andrew Rothman: Sentencing reset for 9/7/2022 at 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 5/4/2022) (chmb) (Entered: 05/04/2022) |
| 08/24/2022 | 44 | ELECTRONIC ORDER as to Donald Andrew Rothman: Sentencing reset for 11/9/2022 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 8/24/2022) (chmb) (Entered: 08/24/2022) |
| 09/12/2022 | 45 | NOTICE OF ATTORNEY APPEARANCE by Theodore M Kneller appearing for USA . (Clerk to set designation as: Assistant US Attorney). (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Kneller, Theodore) (Entered: 09/12/2022) |
| 10/28/2022 | 46 | ELECTRONIC ORDER as to Donald Andrew Rothman: Sentencing reset for 1/25/2023 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 10/28/2022) (chmb) (Entered: 10/28/2022) |
| 03/02/2023 | 55 | MOTION for Extension of Time *of Surrender Date* filed by Donald Andrew Rothman (Schwartz, Fred) (Entered: 03/02/2023) |
| 03/02/2023 | 56 | MOTION Modify Sentence filed by Donald Andrew Rothman (Schwartz, Fred) (Entered: 03/02/2023) |
| 03/03/2023 | 57 | ELECTRONIC ORDER - Before the Court is Defendant's 55 Motion for Extension Surrender Date as to Donald Andrew Rothman (1). The Court conferred with the Government (Mary Walters), and she indicated that the Government does not oppose an extension of the reporting date. Therefore Defendant Donald Andrew Rothman shall report |

| | | |
|---|---|---|
| | | to the Institution Designated no later than 2:00 p.m. on April 6, 2023. (Ordered by Judge Ed Kinkeade on 3/3/2023) (chmb) Modified on 3/3/2023 (chmb). (Entered: 03/03/2023) |
| 03/10/2023 | 58 | Notice of Filing of Official Electronic Transcript of Guilty Plea at Arraignment Hearing Proceedings as to Donald Andrew Rothman held on 10-31-19 before Judge Rutherford. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (28 pages) Court Reporter/Transcriber Todd Anderson, Telephone number 214-753-2170. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 3/31/2023. Redacted Transcript Deadline set for 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (jta) (Entered: 03/10/2023) |
| 03/16/2023 | 59 | RESPONSE by USA as to Donald Andrew Rothman re: 56 MOTION Modify Sentence (Kneller-DOJ, Theodore) (Entered: 03/16/2023) |
| 03/21/2023 | 60 | ORDER - Before the Court is the Defendant's Motion to Modify Sentence, filed on March 2, 2023, and the Government's Response to Motion to Modify Sentence, filed on March 16, 2023. The Court has considered the Motion and the Response, the record in the case, and applicable authorities, and finds that the Motion must be and is hereby DENIED. (Ordered by Judge Ed Kinkeade on 3/21/2023) (chmb) (Entered: 03/21/2023) |
| 06/20/2023 | 61 | (Document restricted to court users only) Receipt for Return of Passport to US Department of State as to Donald Andrew Rothman. (agc) (Entered: 06/21/2023) |
| 11/21/2023 | 62 | Request received re: 821 Amendment of Sentence Reduction (The clerk's office has mailed the form motion and the file-marked copy of the original request to the defendant as of the date of this filing). (axm) (Entered: 11/25/2023) |
| 12/08/2023 | 63 | RESPONSE by USA as to Donald Andrew Rothman re: 56 MOTION Modify Sentence (Kneller-DOJ, Theodore) (Entered: 12/08/2023) |
| 06/03/2025 | 67 | PROB 22 as to Donald Andrew Rothman. (chmb) (Entered: 06/03/2025) |

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 SEP -6  PM 3:51

DEPUTY CLERK_____ EK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| DONALD ANDREW ROTHMAN | 3 - 1 9CR - 4 3 7 - S |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times relevant to this Information:

### Introduction

1.      EarthWater Limited (f/k/a EarthWater PLC) was a United Kingdom company with its principal place of business in Dallas County, Texas.  EWB International Inc., a subsidiary of EarthWater Limited, was a Texas corporation (together with EarthWater Limited, "EarthWater").  EarthWater maintained a bank account at Bank of America with account number ending in #2037.  EarthWater's offices were located at 15455 Dallas Parkway, Addison, Texas, and 16220 Midway Road, Addison, Texas. EarthWater manufactures and sells bottled water that it claims is infused with special minerals mined from an 80-million-year-old deposit hidden in a secret location.

2.      Defendant **DONALD ANDREW ROTHMAN**, a/k/a Don Andrews, d/b/a On the Hill, Inc., d/b/a Just Me To, Inc., was a citizen of the United States residing in Coral Springs, Florida.

## COUNT ONE
## (CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD –
## 18 U.S.C. SECTION 1349)

The Conspiracy

3.      From in or around 2014 through in or around May 2019, in Dallas, Dallas County, within the Northern District of Texas, and elsewhere, the defendant,

**DONALD ANDREW ROTHMAN,**

together with Cengiz Jan Comu, John Mervyn Price, Harley E. Barnes, III, Richard Laurence Kadish, Richard Lawrence Green, Daniel Thomas Broyles, Sr., and other co-conspirators known and unknown, knowingly combined, conspired, confederated, and agreed together, and with each other, to commit the following offenses:

a.      To knowingly and willfully devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme and artifice to defraud, to knowingly and willfully place and caused to be placed in a post office and authorized depository for mail matter, and to be sent and delivered by the Postal Service and by a private and commercial interstate carrier, mail matter, specifically victim investments in EarthWater, in violation of Title 18, United States Code, Section 1341; and

b.      To knowingly and willfully devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting

to execute the scheme to defraud, to knowingly and willfully transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds, specifically wire transfers of victim investment funds into and from the bank account of EarthWater, in violation of Title 18, United States Code, Section 1343.

Purpose of the Conspiracy

4.      The purposes of the conspiracy were to:  (a) enrich **ROTHMAN** and his co-conspirators, who used the proceeds of the stock sales for their personal benefit; and (b) conceal the conspiracy.

Manner and Means of the Conspiracy and the Scheme to Defraud

5.      It was part of the conspiracy and scheme to defraud, and among the manner and means by which the defendant and his co-conspirators carried out the conspiracy, that:

a.      **ROTHMAN** and his co-conspirators targeted victim investors using telephone and email marketing to induce those victim investors to purchase EarthWater stock.

b.      **ROTHMAN** used the alias "Don Andrews" and the email account "globalclientrelations@gmail.com" to mask his true identity and background from victim investors.  Rothman was recruited by Green to sell EarthWater stock.  **ROTHMAN**, in turn, recruited one or more individuals to sell EarthWater stock.

c.      To induce victim investors to purchase EarthWater stock, **ROTHMAN** and his co-conspirators made numerous false and fraudulent representations, both in direct exchanges with victim investors and through published and publicly posted

Information—Page 3

materials.  These false and fraudulent representations included, among other things, that EarthWater's stock was marketable, on the verge of an initial public offering (IPO), merger, or acquisition, and would have a value of at least $5.00 per share after the IPO, merger, or acquisition. **ROTHMAN** and his co-conspirators then falsely represented that victims had only a brief opportunity to purchase EarthWater stock for anywhere from $0.10 - $0.50 per share in an unregistered offering—thus promising a high-yield return on victims' investments.

d.      **ROTHMAN** and his co-conspirators falsely represented to victim investors that EarthWater would use ninety (90) percent of invested funds for new product development, global license and distribution, product inventories, marketing and public relations, working capital, legal/accounting/advisory, and cost contingencies. **ROTHMAN** and his co-conspirators also falsely represented to victim that fees paid to a broker-dealer with respect to sales of EarthWater shares in the unregistered offering (or "placement fees") would not exceed ten (10) percent of the purchase price of the shares.

e.      **ROTHMAN** and his co-conspirators falsely represented to victim investors orally and in a Private Placement Memorandum they drafted and distributed to victim investors that certain of EarthWater's officers and employees, including Comu, Price, and Barnes, did not receive salaries from EarthWater in 2014, 2015, or 2016.

f.      **ROTHMAN** and his co-conspirators withheld from victim investors material information about the anticipated and actual use of proceeds from the sale of EarthWater stock in the unregistered offering.

g.      Once a victim investor agreed to purchase EarthWater stock, **ROTHMAN** and his co-conspirators continued to contact the victim investor to persuade the victim investor to make additional purchases of EarthWater stock to allegedly maximize the victim's investment gains.

h.      In truth and in fact, **ROTHMAN** knew that the proceeds of EarthWater stock sales were not invested in EarthWater as described to victim investors, but paid out to him and his co-conspirators for their personal benefit.

i.      To obtain victims' money, **ROTHMAN** and his co-conspirators instructed victim investors to mail payments for EarthWater stock to EarthWater at EarthWater's offices in Addison, Texas, or to wire payments directly into EarthWater's Bank of America bank account, which Comu, Price, and Barnes controlled.

j.      Comu, Price, and Barnes received and deposited into EarthWater's bank account all victim payments mailed to EarthWater's offices in Addison, Texas. Comu, Price, and Barnes also monitored EarthWater's bank account for victim payments made by wire transfers directly into that account.

k.      Upon Comu, Price, and Barnes' receipt of a victim's funds, Comu, Price, and Barnes, would issue and send the victim investor an EarthWater stock certificate that at least one of them had signed.

l.      Once a victim investor's funds were deposited into EarthWater's bank account, Comu, Price, and Barnes distributed from that account, by check or wire transfer, sales commission payments totaling approximately forty-five (45) to fifty (50) percent of the victim's funds to the bank account(s) of the co-conspirator(s) who had contacted the

victim investor and induced the victim investor to purchase EarthWater stock. For each victim that **ROTHMAN** or his recruit defrauded, Kadish and Green, in turn, paid **ROTHMAN** a cut of the commission amounting to up to thirty-five percent of the victim's funds.

> m.   From the remaining victim funds that they did not pay as sales commission to **ROTHMAN**, and other co-conspirators, Comu, Price, and Barnes paid themselves salaries (including in 2014, 2015, and 2016), and used the funds for their own personal benefit, either directly or by transferring the funds to bank accounts controlled by them.

6.   **ROTHMAN** and his co-conspirators used invested victim funds for their personal benefit, not to develop and operate EarthWater as represented in the Private Placement Memorandum and other promotional materials they drafted and distributed to victim investors.

7.   **ROTHMAN** and his co-conspirators targeted persons over the age of 55 for solicitation.

8.   The scheme perpetrated by **ROTHMAN** and his co-conspirators caused substantial financial hardship to at least 5 victims by causing each of them to suffer substantial loss of a retirement, education, and other savings and investment fund by fraudulently inducing them to purchase EarthWater stock.

All in violation of Title 18, United States Code, Sections 1349 and 2326.

Information—Page 6

## **NOTICE OF FORFEITURE**

Notice is hereby given of 18 U.S.C. § 982 and 28 U.S.C. § 2461(c).  Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C).  The following property is subject to forfeiture in accordance with Section 982 and/or 2461(c):

    a.    All property which constitutes or is derived from proceeds of the violations set forth in this Information;

    b.    All property involved in such violations or traceable to property involved in such violations; and

    c.    If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendants to the extent of the value of the property described in (a) and (b).

ROBERT ZINK
CHIEF, FRAUD SECTION
Criminal Division, U.S. Department of Justice

_____

CHRISTOPHER FENTON
Trial Attorney
christopher.fenton@usdoj.gov
WILLIAM H. BOWNE
Trial Attorney
william.bowne2@usdoj.gov
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 514-0561
Fax: (202) 514-0152


ERIN NEALY COX
UNITED STATES ATTORNEY

_____

Mary Walters
Assistant United States Attorney
Texas State Bar No. 24003138
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8600
Facsimile:  214-659-8812
Email:  mary.walters@usdoj.gov


**Information—Page 8**

# United States District Court
## Northern District of Texas Dallas Division

| | |
|---|---|
| UNITED STATES OF AMERICA | § **SEALED JUDGMENT IN A CRIMINAL CASE** |
| | § **SEALED PENDING FURTHER ORDER** |
| | **OF THE COURT** |
| v. | § |
| | § Case Number: **3:19-CR-00437-K(1)** |
| **DONALD ANDREW ROTHMAN** | § USM Number: **59557-177** |
| | § <u>**Fred Arthur Schwartz**</u> |
| | § Defendant's Attorney |
| | § |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☐ | pleaded guilty to count(s) | |
| ☒ | **pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court.** | **To the One Count Information, filed on September 6, 2019.** |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section / Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|
| **18 U.S.C. § 1349 Conspiracy to Commit Mail and Wire Fraud** | **5/2019** | **1** |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s)

☐  Count(s) ☐ is ☐ are dismissed on the motion of the United States

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>**January 25, 2023**</u>
Date of Imposition of Judgment

*Ed Kinkeade*
Signature of Judge

<u>**Ed Kinkeade, United States District Judge**</u>
Name and Title of Judge

<u>**January 25, 2023**</u>
Date

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case

Judgment -- Page 2 of 7

DEFENDANT:          DONALD ANDREW ROTHMAN
CASE NUMBER:        3:19-CR-00437-K(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**FORTY (40) Months.**

☒   The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that the Defendant be allowed to serve his sentence at FCI Coleman, Sumterville, FL.**

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at                         ☐   a.m.   ☐   p.m.   on

☐   as notified by the United States Marshal.

☒   **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

☒   **before 2 p.m. on March 8, 2023.**
☐   as notified by the United States Marshal.
☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                      Judgment -- Page 3 of 7

DEFENDANT:          DONALD ANDREW ROTHMAN
CASE NUMBER:        3:19-CR-00437-K(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **TWO (2) years.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

    You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                    Judgment -- Page 4 of 7

DEFENDANT:              DONALD ANDREW ROTHMAN
CASE NUMBER:            3:19-CR-00437-K(1)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.txnp.uscourts.gov.

Defendant's Signature  _____      Date  _____

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                      Judgment -- Page 5 of 7

DEFENDANT:          DONALD ANDREW ROTHMAN
CASE NUMBER:        3:19-CR-00437-K(1)

## SPECIAL CONDITIONS OF SUPERVISION

**Pursuant to the Mandatory Victims Restitution Act of 1996, the defendant is ordered to pay restitution in the amount of $12,412,311.61, to be paid jointly and severally with Cengiz Jan Comu, a.k.a. C.J. Comu (01), John Mervyn Price (02), Harley E. Barnes, III (03), Richard Laurence Kadish (04), Richard Lawrence Green (05), Suzanne Aileen Gagnier (07), Joe Edward Duchinsky (08), Joseph Lucien Duplain (09), and Russell Filippo (10) under Case No. 3:19-CR-112-K. Restitution shall be made payable to the U.S. District Clerk, 1100 Commerce Street, Room 1452, Dallas, Texas 75242. Restitution shall be payable immediately and any unpaid balance shall be payable during incarceration. Restitution shall be disbursed to the victims identified on the attached list.**

**If upon commencement of the term of supervised release any part of the restitution remains unpaid, the defendant shall make payments on such unpaid balance in monthly installments of not less than 10 percent of the defendant's gross monthly income, or at a rate of not less than $50 per month, whichever is greater. Payment shall begin no later than 60 days after the defendant's release from confinement and shall continue each month thereafter until the balance is paid in full. In addition, at least 50 percent of the receipts received from gifts, tax refunds, inheritances, bonuses, lawsuit awards, and any other receipt of money shall be paid toward the unpaid balance within 15 days of receipt. This payment plan shall not affect the ability of the United States to immediately collect payment in full through garnishment, the Treasury Offset Program, the Inmate Financial Responsibility Program, the Federal Debt Collection Procedures Act of 1990 or any other means available under federal or state law. Furthermore, it is ordered that interest on the unpaid balance is waived pursuant to 18 U.S.C. § 3612(f)(3).**

**The defendant shall have no contact with the victim(s) or the victims' family, directly or indirectly, without prior approval by the probation officer.**

**The defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of securities, banking, brokering, or telemarketing without the probation officer's approval.**

**The defendant shall not enter into any self-employment while under supervision without prior approval of the probation officer.**

**The defendant shall pay any remaining balance of restitution in the amount of $12,412,311.61, as set out in this Judgment.**

**The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant is in compliance with the payment schedule.**

**The defendant shall provide to the probation officer any requested financial information.**

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case

Judgment -- Page 6 of 7

DEFENDANT:      DONALD ANDREW ROTHMAN
CASE NUMBER:    3:19-CR-00437-K(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments page.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $12,412,311.61 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until    An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

**See Attached list.**

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived for the    ☐ fine    ☒ restitution

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case

Judgment -- Page 7 of 7

DEFENDANT:        DONALD ANDREW ROTHMAN
CASE NUMBER:      3:19-CR-00437-K(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payments of $ _____ due immediately, balance due

    ☐  not later than _____ , or

    ☐  in accordance      ☐  C,      ☐  D,      ☐  E, or      ☐  F below; or

**B**  ☒  **Payment to begin immediately (may be combined**      ☐  **C,**      ☒  **D, or**      ☐  F below); or
    **with**

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  **Payment in equal monthly *(e.g., weekly, monthly, quarterly)* installments of at least $50.00 over a period of _____ *(e.g., months or years)*, to commence 60 days *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or**

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
    **It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1, which shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  **Joint and Several**
    **See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**
    **See Page 5.**

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.